IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDALL HUDSON<br>    Plaintiff, | : Civil No. 3:15-cv-1282 |
| v. | : (Judge Mariani) |
| CARBERRY, et al.,<br>    Defendants. | : |

## ORDER

**AND NOW**, this 14th day of December, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion to appoint counsel, (Doc. 13), is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge