IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENDALL HUDSON, | : | Civil No. 3:15-cv-1282 |
| Plaintiff, | : | (Judge Mariani) |
| v. | : | |
| CARBERRY, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 5th day of January, 2017, upon consideration of Plaintiff's motion to compel discovery (Doc. 33), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 33) is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** with respect to Plaintiff's request for responses to Interrogatories 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 14 directed to Defendant Killeen and Defendant Killeen is directed to answer these interrogatories in accordance with the instructions set forth in the Memorandum accompanying this Order.

3. The motion is **DENIED** in all other respects.

Robert D. Mariani
United States District Judge