# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDALL HUDSON, | Civil No. 3:15-cv-1282 |
| Plaintiff, | (Judge Mariani) |
| v. | |
| CARBERRY, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this _14th_ day of December, 2018, upon consideration of Defendants' motion (Doc. 68) for summary judgment and, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 68) for summary judgment is **GRANTED**. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

2. The Clerk of Court is further directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge